United States District Court
Southern District of Texas
**ENTERED**
March 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANDRES RAMOS ORDONES,<br>      Petitioner, | § § § | |
| v. | § § | Civil Action No. 1:17-cv-00035<br>(Criminal Action No. 1:15-cr-1065-1) |
| UNITED STATES OF AMERICA,<br>      Respondent. | § § § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 5) in the above-captioned case. The Magistrate Judge's Report and Recommendation recommends dismissing Andres Ramos Ordones' "Motion under 28 USC 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1) without prejudice because his direct appeal is pending in the Fifth Circuit. Docket No. 5 at 2–6. No objections were filed. As of March 14, 2017, Ordones' direct appeal is still pending.

After a de novo review of the file, the "Magistrate Judge's Report and Recommendation" (Docket No. 5) is **ADOPTED**. A certificate of appealability shall not issue. The Clerk is **ORDERED** to close this case.

Signed on this 14th day of March, 2017.

_____
Rolando Olvera
United States District Judge